# EXHIBIT 1



**Planet Depos**
We Make It *Happen*™

# Transcript of Larry G. Philpot

**Date:** October 10, 2017
**Case:** Philpot -v- Media Research Center, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

1                    UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF VIRGINIA

3                        Alexandria Division

4    - - - - - - - - - - - - - -x

5    LARRY PHILPOT,              :

6              Plaintiff,        :

7      v.                        :    Case No.

8    MEDIA RESEARCH CENTER,  :    1:17-cv-00822-TSE-MSN

9    INC.,                       :

10             Defendant.        :

11   - - - - - - - - - - - - - -x

12

13              Deposition of LARRY G. PHILPOT

14                   Alexandria, Virginia

15                 Tuesday, October 10, 2017

16                         8:32 a.m.

17

18

19

20   Job No.: 162208

21   Pages: 1 - 142

22   Reported By: Victoria Lynn Wilson, RMR, CRR

1        Deposition of LARRY G. PHILPOT, held at the

2   offices of:

3

4

5        LeCLAIR RYAN, PC

6        2318 Mill Road

7         Suite 1100

8         Alexandria, VA 22314

9         (703) 684-8007

10

11

12

13

14        Pursuant to notice, before Victoria Lynn

15   Wilson, Registered Merit Reporter, Certified

16   Realtime Reporter, Notary Public in and for the

17   Commonwealth of Virginia, Notary Registration No.

18   269770.

19

20

21

22

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF:
 3     WILLIAM DUNNEGAN, ESQUIRE
 4     DUNNEGAN & SCILEPPI, LLC
 5     350 Fifth Avenue
 6      New York, NY 10118
 7      (212) 332-8300
 8
 9   ON BEHALF OF THE DEFENDANT:
10     DAVID A. WARRINGTON, ESQUIRE
11     LeCLAIR RYAN, PC
12     2318 Mill Road
13      Suite 1100
14      Alexandria, VA 22314
15      (703) 647-5926
16
17   ALSO PRESENT:
18     JESSICA BORNES
19     PETER ZUK
20
21
22
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    10

```
 1    for sure.
 2        Q   Okay.  And when did you start working as a
 3    photographer professionally?
 4        A   I would say 2007 or 2008.  I'm not sure
 5    exactly which.
 6        Q   Prior to that time, was it a hobby?
 7        A   Yes.
 8        Q   Okay.  And what did you do professionally
 9    between the time that you graduated from Purdue
10    until you became a professional photographer?
11        A   I was an engineer at General Motors.
12        Q   For the entire period?
13        A   Yes.
14        Q   Okay.  And since 2007, have you been a
15    professional photographer full time?
16        A   Yes, or 2008, one of those two, but yeah,
17    certainly since 2008.
18        Q   Okay.  Let's start with when you became a
19    professional photographer.  Did you start a
20    business?
21        A   Yes.
22        Q   And what was the name of that business?
```

Case 1:17-cv-00822-TSE-MSN-DDD Document 26-1 3 Filed 11/01/17/26/Page 7 of 32 PageID# 220

```
 1          But for the audience to have the best
 2    sound, they will put the sound monitors with the
 3    sound engineers at the sound board, which is maybe
 4    sometimes 125 feet back, sometimes 100 yards back;
 5    depends on where it is.  And that's just the best
 6    way for them to say, you know, "You can shoot from
 7    the sound board."  And that is, to try to get the
 8    best sound, the sound board is in the middle of
 9    the audience.  It will be fenced off and they will
10    have little slide controls and that thing, and
11    then people are wearing earmuffs to make sure that
12    everyone in the house hears the correct sound.
13    So, that's what the sound board is.
14          And it would be -- if you are the stage
15    and this is the photo pit, it would be way back
16    there.
17       Q  Okay.  You have to use a longer lens for
18    that kind of shoot?
19       A  Yes.
20       Q  Do you do any freelance work photography?
21       A  I -- meaning what?
22       Q  Someone hires you to go shoot a particular
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    27

```
1    celebrity.

2        A   No.

3        Q   Do you do any portrait photography?

4        A   Of -- you mean like hired portrait

5    photography?

6        Q   Yes.

7        A   No.

8        Q   Is concert photography the only type of

9    photograph that you do?

10           MR. DUNNEGAN:  Object to the form.

11       A   What?

12           MR. DUNNEGAN:  I objected to the form

13   again.

14       A   I have photographed my grandchildren.

15       Q   Just professionally.  Let me clarify that.

16       A   Family is the last people to think that

17   you're professional, so --

18       Q   Kind of like the painter whose family

19   complains about the paint job they got on their

20   house.

21       A   Oh, always.  Yeah.  What was your question

22   again?
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                     28

1      Q   Just -- I think you did answer -- I think

2   you answered the question.  I was

3   just distinguishing between -- was your family --

4   shooting your grandchildren, was that done in a

5   professional capacity or -- you know, you didn't

6   do that for your business, did you?

7      A   No.  Are you kidding?

8      Q   So, I just want to focus on your business

9   photography, on the photography that you do in

10  your business.

11         How many concerts have you photographed

12  since beginning in 2013?

13     A   I have absolutely no idea.  They all run

14  together.

15     Q   Approximately how many concerts a month do

16  you photograph?

17     A   It depends on the month.  And, again, you

18  know, I'm not being evasive, I'm just trying to be

19  as accurate as possible.  There's a concert

20  season, which is from about mid March through the

21  middle of October, and there's a substantial

22  amount of concerts.  The rest of the time, maybe

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    36

```
1          THE COURT REPORTER:  Yes.

2      Q   So, you uploaded some pictures to the

3   Wikimedia website for three months in 2013; is

4   that correct?

5      A   That is correct.

6      Q   Okay.  How did you decide which

7   photographs to upload to Wikimedia during that

8   time?

9      A   I just chose them.  I -- it was a

10  representative of -- it was representation of some

11  of my better work.

12     Q   Okay.  And what was the purpose behind

13  putting them up on the Wikimedia website?

14     A   Fame.

15     Q   Your fame?

16     A   No -- yeah, my fame.  What you want is in

17  the limo.  I want to be famous.

18     Q   Okay.

19     A   Yeah, because my work would be worth more.

20     Q   Okay.

21     A   Probably after I died, it would be worth

22  more.
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    37

```
1        Q   And why was that?
2        A   It just -- the more famous -- there's a
3    photographer named Jim Marshall who is deceased
4    and is making a ton of money.
5        Q   Well, that doesn't do him very much good,
6    does it?
7        A   That's kind of what I thought, too.  But
8    the Johnny Cash T-shirt photograph that you've
9    seen where he is at Folsom Prison flipping off the
10   bird, that is his most famous work.  And he has
11   been dead -- I don't think he made -- made any
12   money off that at all.
13       Q   Okay.  Since you started as a professional
14   photographer, do you have any other jobs?
15       A   Non-photography jobs?
16       Q   Yes.
17       A   I do not.
18       Q   You don't do anything else for a living?
19       A   No.
20       Q   Okay.  All right.  Mr. Philpot, I'm going
21   to hand you a document.  Actually, let me have
22   that back.  I'm going to get the court reporter to
```

```
1        Q   Okay.  All right.  We've already marked
2     this as Exhibit L. Philpot 1; is that correct?
3            THE COURT REPORTER:  Yes.
4        Q   Mr. Philpot, I'm going to direct you to
5     Exhibit A of L. Philpot 1.  Can you tell me what
6     this is.
7        A   This?
8        Q   Yes.
9        A   This is a photograph of Kenny Chesney.
10       Q   Okay.  And as you read the complaint, it
11    references a photograph referred to as "the
12    Chesney photograph."  Is this the Chesney
13    photograph?
14       A   I believe it is, yes.
15       Q   Did you take this photograph?
16       A   I believe I did, yes.
17       Q   When you took this photograph, did you
18    know that Kenny Chesney was Pro Life?
19       A   No.  No.
20       Q   Where did you take this photograph?
21       A   In Indianapolis, Indiana.
22       Q   What was the venue?
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                              43

1        A   At the time, I'm not sure what it was

2   called, but I have always called it the Klipsch

3   Music Center or Deer Creek.

4        Q   And this photograph shows Kenny Chesney

5   performing in concert; correct?

6        A   Yes.

7        Q   Did anyone pay you to take this Chesney

8   photograph?

9        A   No.

10       Q   Why don't you answer after I finish the

11   question.

12       A   Oh.  No.  I'm sorry.  No.  I thought I had

13   already answered that question before, so --

14       Q   Okay.  And you took the photograph to show

15   Kenny Chesney in concert; correct?

16       A   Yes.

17       Q   And no one assigned you to take this

18   photograph in connection with any news report or

19   opinion piece about Kenny Chesney being Pro Life,

20   did they?

21       A   No.  I didn't know Kenny Chesney was Pro

22   Life.

1      Q   And you didn't take the Chesney photograph

2   to make any commentary on his political positions?

3      A   No.  I didn't know his --

4          (Cell phone sounding.)

5      A   Is that me?  I apologize.

6          MR. DUNNEGAN:  Okay.  I think you should

7   turn your phone on mute.

8      A   I thought it was on mute.  I apologize.

9          MR. DUNNEGAN:  And then you talked over

10  each other for a minute.  So, maybe we should

11  start over.

12  BY MR. WARRINGTON:

13     Q   Well, let me finish the question.  Like I

14  said, there's no trick questions.  I just -- and

15  we all have a tendency -- you know what I'm trying

16  to ask, so you know what the answer is, and

17  sometimes I add sort of a follow-up question

18  before you finish answering.  So, we'll just try

19  to keep -- remind that we can't talk over each

20  other.  Okay?

21         You didn't take the Chesney photograph to

22  make any commentary on his political beliefs, did

```
 1   you?

 2        A   No.

 3        Q   Did you have permission from Kenny Chesney

 4   to take his photograph?

 5        A   Yes.

 6        Q   And how did you get that permission?

 7        A   It -- well, I'm -- I'm assuming that I had

 8   permission or I would not have been let in.

 9        Q   What makes -- on what basis do you make

10   that assumption?

11        A   They approve a certain -- the venue or

12   Life Nation or his people, I don't know who, will

13   permit "X" number of photographers, and they will

14   pick them, and then I'm notified if I am in that

15   group.

16        Q   And when did you take this photograph?

17        A   I'm not sure exactly the date.  It was a

18   2013 photograph, I believe.

19        Q   And was this photograph stored on your

20   computer?

21        A   Was it or is it?

22        Q   Was it?
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    46

```
1       A   Yes.
2       Q   And you ultimately sought to copyright the
3   photo, the Chesney photo; correct?
4           MR. DUNNEGAN:  Objection to the form.
5       A   Yes.
6       Q   I want you to look at Exhibit B, which is
7   the next page to Philpot -- L. Philpot 1.  Can you
8   tell me what this is.
9       A   What this is?
10      Q   Yes.
11      A   This is a copy of the registration.
12      Q   Okay.  Is this the copy of the
13  registration for the Chesney photograph?
14      A   I believe it is, yes.
15      Q   Have you taken any other photographs of
16  Kenny Chesney not included in this copyright
17  registration?
18      A   Yes.
19      Q   Have you copyrighted all of them?
20      A   Yes.
21      Q   Going back to Exhibit A, which is the
22  Chesney photograph, do you know how many times
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    47

1    this photograph has been used by someone other

2    than you?

3        A   No.

4        Q   Do you know how many times you've given

5    permission to someone else, an individual or

6    business, to use this photograph?

7            MR. DUNNEGAN:  Objection to the form.

8        A   How many that I've given permission or

9    licensed?

10       Q   Well, let's use licensed.

11       A   No.  The answer would be the same.  I do

12   not know how many.

13       Q   So, the answer would be the same for

14   permission or licensed?

15       A   Yes.

16       Q   Has anyone ever paid you money for the use

17   of the Chesney photograph?

18           MR. DUNNEGAN:  Objection to the form.

19       A   Has anyone paid me money for the license

20   of the photo; is that what you're asking me?

21       Q   Let's phrase it that way.  Has anyone ever

22   paid you money for license -- to license the

 1    Chesney photograph?
 2         MR. DUNNEGAN:  Objection.  Objection to
 3    the form.
 4         A  That would be work product.
 5         MR. DUNNEGAN:  No.  No.  He's entitled to
 6    the answer to the question to the extent you
 7    understand it.  Do you want to hear the question
 8    again?
 9         A  Yes.
10         Q  Has anyone ever paid you money to license
11    the photo -- license the Chesney photograph?
12         MR. DUNNEGAN:  Objection to the form.
13         A  Probably, yes.
14         Q  Under what circumstances?
15         A  Probably under a demand letter.
16         Q  Okay.  Prior to a demand letter being
17    sent, has anybody paid you to license the Chesney
18    photograph for use?
19         A  No.
20         Q  Okay.  Have you ever sued anybody for
21    using the Chesney photograph other than the Media
22    Research Center?

Transcript of Larry G. Philpot
Conducted on October 10, 2017                              49

```
1        A   Yes.
2        Q   Can you identify those parties you've
3    sued?
4        A   Not from memory.
5        Q   Okay.  Do you have a recollection of how
6    many people you've sued for using the Chesney
7    photograph?
8        A   I do not.
9        Q   Okay.  Have you ever gone to trial in a
10   lawsuit over this photograph?
11       A   All the way to a trial?
12       Q   Yes.
13       A   No.
14       Q   What has been the result of these suits?
15           MR. DUNNEGAN:  Objection to the form.
16       A   Can you -- what has been the result?
17       Q   Have you -- let me clarify that.  Have you
18   settled these lawsuits?
19       A   Yes.
20       Q   Have you --
21       A   Not all of them, I guess, probably.  I'm
22   not sure.  They all run together.
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                               50

```
 1      Q   Okay.  Have you dismissed some of them
 2   without a settlement?
 3      A   I have not to my knowledge dismissed any
 4   without a settlement, no.
 5      Q   And have some been dismissed by the courts
 6   without a settlement?
 7      A   For the Chesney photograph?
 8      Q   Yes.
 9      A   No.
10      Q   We're just going to concentrate on the
11   Chesney photograph now.
12          Of the people that you've filed lawsuits
13   against, or entities -- businesses or individuals,
14   let's just put it that way, was the failure to
15   make attribution the only thing that triggered
16   your demand letter?
17      A   Yes.
18      Q   When did you first put the Chesney
19   photograph on the internet?
20          MR. DUNNEGAN:  Objection to the form.
21      A   On my own personal website?  I actually
22   don't remember exactly when I put them up there.
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    53

```
 1   placed the Chesney photograph on Wikimedia?

 2       A   That does not, no.

 3       Q   If you'll look at paragraph 13, which is

 4   on the next page, it says that on or about

 5   January 22nd, 2015 -- this is where it talks about

 6   MRC using the photograph.  So, would it be fair to

 7   say that sometime between August 21st, 2013 and

 8   January 22nd, 2015 is when you uploaded this

 9   photograph to Wikimedia?

10       A   Yes, that would -- yes.

11       Q   What is your understanding of how people

12   find the Chesney photograph on the internet?

13           MR. DUNNEGAN:  Objection to the form.

14       A   I have no idea how people find anything on

15   the internet.  I -- search engines, I would guess.

16       Q   Do you do anything to your photographs to

17   make them appear more prominently in internet

18   searches?

19       A   Such as --

20       Q   Make changes to the meta data?

21       A   No.

22       Q   Do you use any search engine optimization
```

```
1        Q   Are you aware that the Chesney photograph

2    appears prominently when you do a Wikimedia image

3    search for Kenny Chesney?

4        A   No.

5        Q   Was the Chesney photograph, Exhibit A to

6    the complaint, always subject to a Creative

7    Commons license?

8            MR. DUNNEGAN:   Objection to the form.

9        Q   Let me rephrase that.  Was the Chesney

10   photograph always subject to a Creative Commons

11   license from the time that you uploaded to

12   Wikimedia?

13       A   Yes.

14       Q   Do you know what version of the Creative

15   Commons license you licensed the Chesney

16   photograph under?

17       A   3.0 with attribution.

18       Q   What is your understanding of that type of

19   license?

20       A   My understanding is that it is -- they

21   have to give me attribution.  And I specifically

22   wrote what attribution that had to be on there,
```

```
 1        A   I do not know that.

 2        Q   All right.  I want to direct your

 3   attention to Exhibit -- I believe it is "E" of the

 4   complaint which has already been marked as L.

 5   Philpot 1.  Now, you had a chance to look at the

 6   complaint earlier and review it.  You said you

 7   didn't review it before coming in here today.

 8        A   Correct.

 9        Q   Outside of this complaint, have you seen

10   the website article that is Exhibit E to the

11   complaint prior to today?

12        A   Well, yeah, I'm sure I would have.

13        Q   Okay.  Just to make this simple, I'm going

14   to refer to this as the "Pro Life article"

15   because saying, "exhibit to the exhibit," is kind

16   of a mouthful.

17            So, this is a printout of that Pro Life

18   article from the MRCTV.org website from a certain

19   date.  Do you see that?

20        A   Yes, I do.

21        Q   And you understand that if you went to the

22   same article a day later, the appearance of the
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    63

```
1   page might be different because the banner ads
2   change and all that stuff with the article can be
3   the same?
4        A   I would assume that, yes.
5        Q   From your recollection, is this a true and
6   accurate copy of that article that appeared on the
7   MRCTV website at some point when you looked at it?
8        A   I would not have copied the whole article.
9   I would have taken a snippet.  But I'm assuming
10  so, yes.
11       Q   Okay.  When you say you would have taken a
12  snippet, what exactly would you have done?
13       A   I wouldn't have copied the whole article.
14       Q   Do you recall what you did copy?
15       A   Probably just this part of it.
16       Q   And you're directing your finger to what
17  is --
18       A   Like, just the -- just this part here.
19       Q   Just the Kenny Chesney part.
20           MR. DUNNEGAN:  Put it into words.  If you
21  point, she can't write it down.
22       A   Just I would have tried to center the
```

1  moved on to the next one because I had all I

2  needed.

3      Q   When you say you had all you needed,

4  needed for what?

5      A   I would have had all I needed to find -- I

6  would have looked at the screen shot.  I would

7  have seen that there was no attribution given to

8  me.  And I'm honestly surprised I didn't write

9  down "life hack" or whatever that that website is

10 that's on there and try to track it down there.

11 But when I saw that there was no attribution

12 given, all I needed was that little snippet and

13 the URL where it was and the URL where the photo

14 was and then I went to the next one.

15     Q   And --

16     A   I didn't even read the article.

17     Q   And you put that in the spreadsheet?

18     A   Yes.

19     Q   And what did do you with that spreadsheet?

20     A   I keep it.

21     Q   Does that spreadsheet still exist on your

22 computer?

Transcript of Larry G. Philpot
Conducted on October 10, 2017                          74

```
 1    fair to say?

 2        A   I don't think he's country.  I don't know.

 3        Q   But wrap and rock?

 4        A   I honestly can't classify this guy.

 5        Q   Okay.  Fair enough.  But he is a popular

 6    artist.

 7        A   He's an entertainer.  I'll give you that.

 8        Q   When did you take the Kid Rock photograph?

 9        A   In 2013.

10        Q   Were you on assignment by a news

11    organization when you took the photograph?

12        A   No.

13        Q   Was this one of your concert venues that

14    you regularly frequented?

15        A   Yes.

16        Q   And do you recall which venue it was?

17        A   The Klipsch Music Center.

18        Q   Is that the same place that you took the

19    Chesney photograph?

20        A   Yes.

21        Q   And when you took this photograph, you

22    didn't know that Kid Rock was contemplating
```

```
 1    running for the United States Senate in 2018, did
 2    you?
 3        A   No.
 4        Q   And this photograph shows Kid Rock
 5    performing in concert; correct?
 6        A   Yes.
 7        Q   Did you have permission from Kid Rock to
 8    take this photograph?
 9        A   I am assuming I did.
10        Q   On what do you base that assumption?
11        A   I was approved, as we had discussed
12    earlier.
13        Q   And this was a digital photograph?
14        A   Yes.
15        Q   And this photograph was stored on your
16    computer?
17        A   Is what?
18        Q   Was stored on your computer?
19        A   Yes.
20        Q   And you ultimately sought to copyright
21    this photograph?
22            MR. DUNNEGAN:  Objection to the form.
```

```
 1       Q  -- outside of this concert?
 2       A  I am not sure if he was at something.
 3       Q  Do you know how many times the Kid Rock
 4   photograph has been used by someone other than
 5   you?
 6       A  No.
 7       Q  How many times have you given permission
 8   to someone else, an individual or business, to use
 9   the Kid Rock photograph?
10       A  I displayed -- I displayed the photograph
11   on On Stage Magazine.com.
12       Q  Did anybody ever come to you and say,
13   "Hey, I'd like to use this photograph"?
14       A  No.
15       Q  Outside of a legal settlement, has anybody
16   ever paid you money to use the Kid Rock
17   photograph?
18       A  No.
19       Q  Have you sued anybody for use of the Kid
20   Rock photograph without permission?
21       A  I'm sure I have.
22       Q  And what makes you sure about that?
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    79

```
1        Q   Yes.
2        A   I'm not sure.  It would have been -- I'm
3    not sure.
4        Q   You said you displayed it on
5    OnStageMagazine.com; correct?
6        A   Yes.
7        Q   Did you also upload the photograph to
8    Wikimedia?
9        A   Yes, I did.
10       Q   Do you recall when you did that?
11       A   I'm going to say the end of September.
12       Q   September of 2017?
13       A   '13.
14       Q   2013.  Sorry.  Did you place the Kid Rock
15   photograph on any other site?
16       A   Just On Stage Magazine to my knowledge.
17       Q   And the Wikimedia?
18       A   Yes.
19       Q   You mentioned that you inserted your meta
20   data into the photograph before uploading it to
21   the internet; is that correct?
22       A   I do that -- yes.
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                     80

```
1        Q   When we were talking about the Chesney
2   photograph.  Did you do the same thing to the Kid
3   Rock photograph?
4        A   Yes.
5        Q   Other than that, did you make any
6   modifications to the meta data?
7        A   No.
8        Q   And did you employ any search engine
9   optimization techniques?
10        A   No.
11        Q   And did anybody assist you in placing the
12   images on the internet?
13        A   No.
14        Q   Have you ever looked at the Kid Rock photo
15   as it appears on the Wikimedia web page?
16        A   Have I ever looked at it?  Yes.
17        Q   And since you uploaded it to the Wikimedia
18   web page, has the Kid Rock photograph always been
19   subject to a Creative Commons license?
20        A   To my knowledge, yes.
21        Q   And do you recall what version Creative
22   Commons license it was licensed under?
```

Transcript of Larry G. Philpot
Conducted on October 10, 2017                    82

1    I want to -- this is going to be Exhibit F to

2    what's been marked -- it's the very last page --

3    been marked as L. Philpot 1, Exhibit F.

4        A  Way back.

5        Q  If you can actually read that, you get a

6    prize, but that's how this prints out from the

7    court's system.  Do you have an understanding of

8    what this is?

9        A  I can read the headlines.

10       Q  Can you tell me what it says?

11       A  It says, "Kid Rock announces 2018 U.S.

12   Senate bid."

13       Q  I'm going to hand you another document.

14   I'll hand it to the court reporter first.

15           MR. WARRINGTON:  If you could mark that L.

16   Philpot 2.

17           (L. Philpot Exhibit 2 was marked for

18   identification and is attached to the transcript.)

19       A  Are we done with this?

20       Q  We may refer to it.  So, you can just keep

21   it handy there.

22           Now, do you recall we talked about how an

```
1    article on a web page could be the same article
2    but on different days, the things surrounding it
3    would change because different banner ads and so
4    forth?  Do you recall that?
5        A   Yes.
6        Q   I'll represent to you this is a copy of
7    the article that was produced to us in discovery.
8            MR. DUNNEGAN:  Did we number this 2?
9            MR. WARRINGTON:  L. Philpot 2.
10           MR. DUNNEGAN:  Thank you.
11       Q   And if you'll look down at the very bottom
12   of the page in the very middle, you'll see P00037.
13       A   I do see that.
14       Q   That's a document number that was placed
15   on this document, and it goes back through the
16   last page here, P000041.  Do you see that?
17       A   Yes.
18       Q   Okay.  And those are document numbers that
19   are placed on there by your attorney for
20   identification purposes when they produce
21   documents to us.  We do the same thing for
22   documents that we produce to them.
```